**1**

Richard Allen HOHENSEE, Appellant

v.

Mark SULLIVAN, Director, U.S. Secret Service and United States of America, Attorney General, DOJ, Appellees.

No. 09–5049.

United States Court of Appeals, District of Columbia Circuit.

July 9, 2009.

Richard Allen Hohensee, Washington, DC, pro se.

BEFORE: SENTELLE, Chief Judge, and GARLAND and KAVANAUGH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 12, 2009, be affirmed. The court properly dismissed appellant's complaint, as "the Executive Branch has exclusive authority and absolute discretion to decide whether to prosecute a case." *United States v. Nixon,* 418 U.S. 683, 693, 94 S.Ct. 3090, 41 L.Ed.2d 1039 (1974).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.